UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
JOHN MICHAEL COHAN, living,
Plaintiff,
v.
UNITED STATES TRUSTEE PROGRAM,
UNITES STATES TRUSTEE SCOTT BOMKAMP, in his official capacity,
and
SCOTT BOMKAMP, in his individual capacity,
JOHN AND JANE DOES 1-100,
Defendants.
Case No. 25-cv-2009

## CERTIFICATE OF SERVICE

I hereby certify that on 07-17-2025, I served a true and correct copy of the Summons and Complaint upon the Defendants, by placing the documents in the United States mail via Certified Mail.

A copy of the certified mail receipt and USPS tracking confirmation is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07-17-2025

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

RECEIVED

JUL 17 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# EXHIBIT A



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postmark Here
JUL 17 2025
Postage
$
Total Postage and Fees
$
Sent To  United States Attorney General
Street and Apt. No., or PO Box No.  400 6th Street, NW
City, State, ZIP+4®  Washington DC 20001
PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postmark Here
JUL 17 2025
Postage
$
Total Postage and Fees
$
Sent To  UST Program
Street and Apt. No., or PO Box No.  400 W. Washington Street Suite 100
City, State, ZIP+4®  Orlando, Florida 32801
PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postmark Here
JUL 17 2025
Postage
$
Total Postage and Fees
$
Sent To  United States Attorney's Office
Street and Apt. No., or PO Box No.  601 D Street NW
City, State, ZIP+4®  Washington DC 20579
PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postmark Here
JUL 17 2025
Postage
$
Total Postage and Fees
$
Sent To  UST Scott Bomkamp
Street and Apt. No., or PO Box No.  400 W. Washington Street Suite 100
City, State, ZIP+4®  Orlando, Florida 32801
PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions