UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
JOHN MICHAEL COHAN, living,
Plaintiff,
v.
UNITES STATES TRUSTEE SCOTT BOMKAMP, in his individual capacity,
JOHN AND JANE DOES 1-100,
Defendants.
Case No. 25-cv-2009

### NOTICE OF FILING PROOF OF SERVICE

Plaintiff, JOHN MICHAEL COHAN, pro se, hereby files this Notice to formally lodge the Proof of Service for the Summons and Amended Complaint upon the Defendant, SCOTT BOMKAMP, with the Court.

Pursuant to the Federals Rule of Civil Procedures, Plaintiff attaches as **Exhibit A** the completed and notarized Affidavit of Service from the process server, which confirms that:

1. Defendant SCOTT BOMKAMP was personally served on November 14, 2025, at 2:10 PM within twenty-four (24) hours of the Court's Minute Order filed on November 14, 2025.
2. Service was effected at 400 W Washington St Ste 1100, Orlando, FL 32801.
3. The documents served included the Summons, Amended Complaint, and all exhibits thereto.
4. His 21-day deadline to respond to the Amended Complaint is December 3, 2025. No extensions will be agreed to by Plaintiff.

This filing satisfies the requirement to prove service under the Court's Minute Order of November 14, 2025.

Dated: 11-21-2025

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

### CERTIFICATE OF SERVICE

I hereby certify that on 11-21-2025, I served a true and correct copy of this document upon the Defendant(s), by placing the documents in the United States mail and/or email.

# EXHIBIT A


RECEIVED

NOV 21 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

IN THE US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John Michael Cohan | | Cause No.: **1:25-cv-02009-RDM** |
| | Plaintiff/Petitioner | Hearing Date: |
| vs. | | |
| United States Trustee Program, United States Trustee Scott Bomkamp, John and Jane Does 1-100 | | **AFFIDAVIT OF SERVICE OF** |
| | Defendant/Respondent | **SUMMONS; EXHIBITS; AMENDED COMPLIANT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **14th day of November, 2025 at 2:10 PM** at the address of **400 W Washington St Ste 1100, Orlando, FL 32801**; this affiant served the above described documents upon **Scott Bomkamp** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Scott Bomkamp, I delivered the documents to Scott Bomkamp with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Residing or doing business at:   **6968 compass court, orlando, FL 32810**

Subscribed and sworn to before me this _____19th_____ day of November, 20 25 .

_____
Notary Public / Deputy Clerk

MAY 28th 2028
My commission expires



JESSICA MARIE GOMEZ
Notary Public - State of Florida
Commission # HH 532153
My Comm. Expires May 28, 2028

REF: **CX-75976**

PAGE 1 OF 1
ORIGINAL AFFIDAVIT OF SERVICE



Tracking #: **0195281546**

**Service Completed: Scott Bomkamp** on 11/14/2025 2:10 PM EST by Personal Service Address: 400 W Washington St Ste 1100, Orlando, FL 32801-2210

By delivery to Scott Bomkamp, I delivered the documents to Scott Bomkamp with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.

Server:  Sakina Reese

[📷 (1)]  [◎]

GPS Coordinates: 28.543507, -81.383208

11/14/25 9:47 AM EST

Documents Dispatched: Service documents dispatched to process server for Scott Bomkamp

11/14/25 9:47 AM EST

**Message** from  EC  Erica C.

Hello John,

I hope this message finds you well! We've replaced the current complaint with the amended one you've provided to us. The will be an additional fee $6 for the





Service Completed: **Scott Bomkamp** on
11/14/2025 2:10 PM EST by Personal Service
Address: 400 W Washington St Ste 1100, Orlando,

## GPS Coordinates                                        

GPS location of service attempt: 28.543507,
-81.383208



Close

Message from  EC  Erica C.

Hello John,

secure.abclegal.com

# Service Photos



## Scott Bomkamp

Served by Personal Service on 11/14/2025 2:10 PM EST

400 W Washington St Ste 1100, Orlando, FL 32801-2210

**⬇ Download All**

