UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN MICHAEL COHAN,<br><br>   *Plaintiff*,<br><br> v.<br><br>SCOTT BOMKAMP<br>*Unites States Trustee; in his Individual Capacity*, *et al.*,<br><br>   *Defendants*. | Civil Action No. 25-2009 (RDM) |

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss, Dkt. 51. Plaintiff John Michael Cohan, who is proceeding *pro se*, is advised of the following:

Before the Court rules on Defendant's motion, Plaintiff is entitled to file a memorandum and supporting material in response. Under this Court's local rules, a party opposing a motion must serve and file a memorandum of points and authorities in opposition within 14 days of the date of service of the motion or "at such other time as the Court may direct." Local Civil Rule 7(b). If Plaintiff fails to respond to Defendant's motion in the time provided, the Court may (1) treat the motion as conceded; *id.*; (2) rule on Defendant's motion based on Defendant's arguments alone and without considering Plaintiff's arguments; or (3) dismiss Plaintiff's claims for failure to prosecute, *see Bristol Petroleum Corp. v. Harris*, 901 F.2d 165, 167 (D.C. Cir. 1990) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962)). Further, if Plaintiff "files an opposition to a dispositive motion and addresses only certain arguments raised by the defendant, a court may treat those arguments that the plaintiff failed to address as conceded." *Xenophon Strategies, Inc. v. Jernigan Copeland & Anderson, PLLC*, 268 F. Supp. 3d 61, 72 (D.D.C. 2017)

2

(quoting *Hopkins v. Women's Div., Gen. Bd. of Glob. Ministries*, 284 F. Supp. 15, 25 (D.D.C. 2003)).

Accordingly, it is hereby **ORDERED** that Plaintiff shall file a brief in opposition to Defendants' Motion to Dismiss on or before February 4, 2026.  If Plaintiff does not file a response within the time provided, the Court may treat the motion as conceded, dismiss Plaintiff's claims for failure to prosecute, or rule on the motion to dismiss based on Defendant's arguments alone and without considering any arguments that Plaintiff may later wish to raise.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:   January 15, 2026