UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN MICHAEL COHAN,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT BOMKAMP and JOHN AND JANE DOES 1-100,<br><br>Defendants. | Civil Action No. 25-2009 (RDM) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Jon Lemos and remove the appearance of Assistant United States Attorney Tara Derbisz as counsel for Defendant in the above-captioned case.

Dated: October 23, 2026

Respectfully submitted,

By: *\/s/ Jon Lemos*

Jon Lemos, FL Bar # 1078710
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-1725

*Attorney for the United States of America*